UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRISTOPHER ADAMS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )     No.: 1:22-CV-125-SKL ) |
| RANDALL LEWIS, LISA HELTON, and SHAWN PHILLIPS, | ) ) ) ) |
|     Defendants. | ) ) |

## ORDER

Plaintiff has filed a "Motion for Order to Substitute Party" in which he seeks to substitute Frank Strada, recently appointed Commissioner of the Tennessee Department of Correction ("TDOC"), as successor to Interim TDOC Commissioner Lisa Helton [Doc. 65]. He also asks the Court to order Strada to respond to the outstanding discovery requests addressed to Helton [*Id*. at 2]. Upon due consideration, the motion is **GRANTED IN PART** and **DENIED IN PART** as set forth below.

Under Rule 25(d) of the Federal Rules of Civil Procedure, "when a public officer who is a party in an official capacity. . . ceases to hold office while the action is pending[,] [t]he officer's successor is automatically substituted as a party." Therefore, Plaintiff's motion to substitute is **GRANTED** insofar as the Clerk is **DIRECTED** to modify the docket to substitute Frank Strada for Lisa Helton as Commissioner of TDOC.

Plaintiff's request that the Court order Defendant Strada to respond to his discovery requests, however, is **DENIED**. The Court does not oversee routine discovery exchanges, and

Plaintiff has not produced a certification that he first engaged in a good faith attempt to obtain the discovery from Defendant Strada without the Court's involvement.  *See* Fed. R. Civ. P. 37.

**SO ORDERED.**

**ENTER.**

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE